# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JOSEPH L. ADDISON,

    Plaintiff,

v.                                                                           CASE NO: 17-CV-11278

SERVICES TO ENHANCE
POTENTIAL, WESTERN WAYNE,
MEGHAN M. MCGUIRE and
DAVID BOURQUE,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

This matter was referred to United States Magistrate Stephanie Dawkins Davis pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 72.1. In her report filed on July 30, 2018, the magistrate judge recommended that this court grant defendants Meghan McGuire and David Bourque's Motion for Summary Judgment [Dkt #20] and that dismiss defendants Bourque and McGuire. No objections have been filed pursuant to 28 U.S.C.§ 636(b)(1)(C), thus further appeal rights are waived.[1]

Having reviewed the file and the report, the court concludes that the findings and conclusions of the magistrate judge are correct and ADOPTS the same for purposes of this Order.

Accordingly, IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Defendants Meghan McGuire and David Bourque's Motion for Summary Judgment is GRANTED and they are DISMISSED from this action.

                                                       S/Robert H. Cleland
                                                       ROBERT H. CLELAND
                                                     UNITED STATES DISTRICT JUDGE

---

[1] The failure to object to the magistrate judge's report releases the court from its duty to independently review the motion. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Dated: September 18, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, September 18, 2018, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522