**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JOSEPH L. ADDISON,

    Plaintiff,

v.                                                   CASE NO: 17-CV-11278

SERVICES TO ENHANCE POTENTIAL,
WESTERN WAYNE, ET AL.,

    Defendants.
                                  /

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter was referred to United States Magistrate Stephanie Dawkins Davis pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 72.1. In her report filed on November 27, 2018, the magistrate judge recommended that this court grant Defendant Services to Enhance Potential, Western Wayne's (STEP) Motion for Summary Judgment [Dkt #32]. No objections have been filed pursuant to 28 U.S.C.§ 636(b)(1)(C), thus further appeal rights are waived.[1]

The Court ADOPTS the Report and Recommendation for purposes of this Order.

Accordingly, IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Defendant Services to Enhance Potential, Western Wayne's (STEP) Motion for Summary Judgment [Dkt # 32] is GRANTED.

                                                  S/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: January 14, 2019

---

[1] The failure to object to the magistrate judge's report releases the court from its duty to independently review the motion. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, January 14, 2019, by electronic and/or ordinary mail.

 S/Lisa Wagner  
Case Manager and Deputy Clerk  
(810) 292-6522